My name is Bill Maurer, and I represent the plaintiff, Alan Joseph Corsini, in this case. And this court should reverse the decisions of the district court here for two reasons. First, Mr. Corsini's challenges to the overview of the violations that the City of New York issued to him were timely, because he broadened his claims within three years of when the city's administrative proceedings against him ended. Second, he has stated a plausible claim that the city's requirement to pay all clients, letting against him, to continue the administrative appellate process, much less get to court, violates due process because it creates a significant barrier to appeal. Regarding the first issue, Mr. Corsini realized, or should have realized, that the city would not comply him with a hearing on his two December 2016 violations. He felt all of the city's proceedings against him regarding his pigeon coop had concluded. Well, Mr. Maurer, doesn't every violation start a new proceeding? If you look at the record, or at least the allegations of the second amendment complaint, Your Honor, you'll see that Mr. Corsini was involved in a series of violations. It was a blizzard of violations issued. Well, sure, but, you know, there are people, of course I'm not comparing this to Mr. Corsini in terms of seriousness, but there are people who commit multiple crimes, and if they get charged again and again with dealing drugs on a particular street corner or whatever, each separate arrest, each separate indictment starts a new case. It's not like you can wait until you've resolved all of your issues before you appeal, right? Well, Your Honor, had he been aware that within the series of eight violations there were two that were substantially different, and he went to go look at the ordinance that authorizes those, there was no indication in the ordinance that he would be denied his ability to get a hearing, and that he would be denied the ability to get appellate review. I just was going to note that the two violations you're challenging, the December 2016 violations, referred to the violation numbers of the prior ones, and so certainly there was reason to think they were connected. The violations that were issued to him in December 2016 fairly stated that they were related to previous violations. They didn't explain what related was, what it meant, what it would indicate for purposes of review or appellate review, or his ability to get a hearing. The violations themselves simply said they were related to these. But the documents he got were distinctly different. The documents that he got, like, for example, on September of 2016, at the top it says, Notice of Violation in the Hearing. The document that he got with regard to the subsequent notice that he got in December of 2016 just says Notice of Violation. It makes reference to the earlier, you know, the first looks like a traffic ticket. The second is an administrative indication that you haven't corrected what the traffic ticket was about. So it's quite clear from the face of it that one says you have a hearing. The other says you haven't done anything, and as a result they're not having done anything. You've been incurred under the city's ordinance an additional penalty. I don't know. I mean, there's no mention of a hearing. There's no mention of a right to a hearing in the second document. How is it that he somehow thinks that he's got a right to bring this up at a hearing? It might well be that if he wins on the first ticket, that absolves him of the second since the second is predicated upon the first. It's simple logic. But how is it that he's supposed to not know the relationship between the two? It's quite apparent, is it not? I respectfully disagree, Your Honor. How? How is it not apparent? Because he would have to take a negative implication that— Of what? Because there is no mention of a hearing and no mention of an appeal, he is denied— Resolving the violation. I'll read it to you. It's quite simple in English. To resolve the DOP violation, which mentions, by the way, the specific number of the ticket above, you must pay a penalty brought before you. You'll be able to certify correction of the related thing. It doesn't say you're entitled to a hearing. But it does tell you here that you're entitled to a hearing. It's pretty easy to figure out that if this goes away, this can't be. Your Honor— Right? Doesn't it seem logical that if you get—use the vehicle and traffic law. You get stopped for speeding in a zone, okay, and presume you had to pay the fine right then and there. You said you didn't pay the fine. And DMV a month later sent you a thing that said you got stopped for speeding in a zone and you didn't pay the fine. Here's—you incur an additional fine. Isn't it quite clear that they're tied to each other? I would respectfully disagree. Okay. But if you're wrong, it's not a good result for you. I would disagree with that as well. The hearing—the notice itself didn't provide sufficient notice for him to know that his constitutional rights were violated. It would be difficult to describe what was provided to him. Well, if it clearly says that he doesn't—if it clearly doesn't mention the right to a hearing at all, then he knows when he gets it that he has a due process violation. But at least he'd know after he had his first hearing on the ticket that he got in September, wouldn't he? Well, you would need to look at the entire sort of subset of tickets that— Do you agree with me or do you disagree with me that if he had won on the September violation, the later unreviewable violation would have gone away? I respectfully disagree. In fact, I think that the First Amendment—Second Amendment complaint makes clear why that is incorrect because they— it's predicated solely upon the first, that there was a violation. So say he goes to the hearing and the hearing officer says, Okay, I've—this is a—the fellow who wrote the ticket or the woman who wrote the ticket misread the stat—the city ordinance. I'm finding that there was no violation. You mean to tell me that he'd still have to pay a fine under this notice because—even though there was a hearing and he won and there was finding that there was no violation? May I respond to your question?  That is, in fact, exactly what happened. The Second Amendment complaint alleges that the—at the hearing, at which the unreviewable violations were never discussed, they reduced the underlying or related violation from Class I to Class II. That means that he could not have been subjected to the unreviewable violations, yet he still was subjected to them. So at the time of his hearing, then, his constitutional claim was crystal clear in his mind? No, Your Honor. No? No. Okay. All right. Thank you. Thank you. All right. You've got some rebuttal time. All right. May it please the Court, Antonio McCarthy for the city. Just to address what you were just discussing, it actually is exactly what you said. So the Class I violations were— The City of New York agrees with me? Yeah. That's a first. Go ahead. The Class I violations were downgraded, and then it's—if you look on the DOJ website, it's very clear that these civil penalties were then dismissed because it was no longer considered—the underlying violation was no longer considered a Class I violation. So— Well, then I'm puzzled. What are we all fighting about here? Yeah. If the—I mean, it's an interesting theoretical notion that the city has unreviewable violations that give you no due process whatsoever. And it would seem that if that were clearly the law, then you would be able to bring your due process claim immediately, and certain statute of limitations issues would follow. If, on the other hand, that's not quite true that they're unreviewable violations. They get reviewed because they're adjuncts to something else that gets reviewed. And they rise and fall with the underlying process. Yeah, I think the reality is that that's exactly right. But since this was a motion to dismiss, we have to kind of base everything on the allegations, and they seem to suggest that that's not what happens when, in fact, that's exactly what happened. Okay. Because we moved to— Oh, yeah, right. So this is 12-6, so we're— Yeah. That's 11. So, but even if that's not what happened, I mean, either when you got the notice and it said, And there was no hint of a hearing. At that point, he clearly knew that he was being denied process if, in fact, he wasn't. Or at the latest, when he had the hearing for the underlying violation and the classification of the violation was addressed. If you didn't think that that was satisfactory due process, being able to address it there, but you knew at that point that whatever process you got to use, not to your liking. And at that point— Well, at least at that point in time, even if you didn't appreciate the connection, you'd know that you got a hearing as to the September violations, but nothing was going to happen to you. At least your perception was, and that's how it's alleged, was clear to you that the hearing process would not reach the, quote, unreviewable. Right, because even if the classification hadn't been discussed, you knew that the civil penalty rises and falls on it being a Class 1 violation. So if it was never discussed at that hearing, then you say, Okay, well, I didn't get to challenge the classification, and now there's a final decision on the classification. So now I know I was denied due process at that point. If what you're saying is true, is there not a standing problem here? If the city sends me a notice and says, You're obliged to pay out a big chunk of money, and you're not going to get any hearing and no due process, and just screw you. Pay the money. And then they dismiss that. Do you still have a claim for the due process that you didn't get if they had proceeded? I think probably it would be moot for— Well, but isn't that—aren't you telling me that that is the case here? Maybe that's a fact-finding, though I think it's a fact-finding that a district court would be entitled to make on the issue of the fundamental jurisdictional problem of standing, if these violations disappeared. Now, I guess, are there other violations that are still alive? I mean, at first, the civil penalty? Yeah. No. Well, I guess I should ask Mr. Marra about that. It just, again, puzzles me. If the so-called unreviewable violations that we are fighting about, whether they are time-barred or valid or substantively correct or incorrect, if they no longer exist and they no longer existed from the time of that first disposition, then I just don't understand what the case is about. Okay. Well, but you haven't made a motion, a jurisdictional motion. You made a 12B6 motion, and that's the procedural posture we're in. Yes. Okay. And just to—I mean, perhaps this is along the same lines. So there are—and actually I should probably ask this to your adversary, but there are no challenges relating to the reviewable, we'll call them, violations at this point because I was going to ask you about the due process argument regarding the payment of the fees because even accepting that there's either statute of limitations, mootness, whatever issue with the initial violations, my understanding was with regard to the March 2017 violation, that that is timely. And that's what the fee is. Right. And so a few things. The process for appealing builds into it. You can waive the fee for financial reasons. So, of course, he chose not even to apply for a waiver. The waiver would cost something. But yet he chose to forgo appealing because he said it, I think, was too much money. But it's just you pay the fine, whatever fine is imposed, and then if you win, you get the money back. If you don't, we keep the fine, which we have to pay anyway. And there's just nothing unconstitutional about requiring someone to pay. Once a hearing officer finds that he owes money, requiring someone to pay that, that's worth it. The due process claim is not on a right to appeal. It's on the right to determine the liability. I mean, that's how—so the question isn't are you entitled to a due process right post-fine. The question is are you entitled to due process prior to the fine. The city's position is he got due process before he was fined. He then has to pay a fine before he goes any further. It's like a supersedes bond or anything else. Exactly. Exactly. It's not like a fee because if he wins and the fine gets overturned, he gets the money back. It's not like what we charge people if I don't notice. Exactly. Okay. All right. Any other questions? No. Thank you. All right. Now, Mr. Murrow, you have some rebuttal time. Thank you, Your Honor. And my response to my opponent's argument is that is the fine example of why a statute of limitations issue should not be decided on a motion to dismiss. Ms. Carlin discussed the DOB website, not the record, not IPAC, not in the second amendment complaint. What it says is an issue of dispute of fact. Well, that's not a – that's not about – what you said about the website, it seems to me goes to a different point than statute of limitations. It goes to whether there's any there here. Right. Is it or is it not the case that the unreviewable violations, at least of the first go-around, have in fact been resolved and he doesn't have to pay those? The – I'm sorry. I don't think I understand your question, Your Honor. Well, Ms. Carlin said that after the first hearing, the Tier 1 violations are reduced to Tier 2, and as a consequence, the adjunct unreviewable, you haven't cured the violation fines disappeared. Is that a fact or is that not a fact? In the real world. We dispute that fact. You dispute it? You think – he still owes that money. Our argument is in the allegations. He paid the money. Not the allegations. He's asking you, did you pay the fine? Yes. You did? And was it remitted to you after the charges were dismissed? Are you asking – I'm asking you. Okay. Because if it – if she's right and it was dismissed, it sounds strangely moot to me. He wrote a single check for $7,800, which would come to – the entirety would cover both reviewable and unreviewable violations. The remainder of exactly when he wrote that, what that covered, is all a matter of factual discovery in – before the district court. Okay. All right. And ultimately, the question whether it was reasonable for him to believe that his claim is true is also a question of fact. With regard to the – Why is it a question of fact rather than of law? I mean normally the statute of limitations doesn't run based on when you think it accrues. It runs based on when the cause accrues. It starts to run when you know or should have known. So, when you should have known is a question of fact that needs to be determined by the fact-finder. That's why certain courts across the country have found consistently that it is unusual to dismiss a claim at the motion-to-dismiss stage on statute of limitations grounds. With regard to the due process claim, we believe that we definitely stated the cause of action under this court's discipline. Yes. No. Under the U.S. Supreme Court's decision in Lindsay and the New York Appellate Division's decision in the Sahara Court, as well as this court's decision in the Ansani decision where they talked about the fact that a – and remember, this is not a bond. This is an actual – you have to pay all the fines. Isn't that what you have to do in the tax court in the United States? If you owe taxes and the tax court finds that you – in order to even start the case, don't you have to pay the bill first? Yes. In cases that do not address taxes, such as Lindsay, such as Ansani, and such as Sahara, the courts have held that if the amount of money that you have to pay to access the appellate process, the only process you can get to be able to consider constitutional claims, the amount of money is too high and it creates a barrier to appeal, and that raises issues under both the due process and the connection claim. Is that sufficiently plausible to provide a motion to dismiss? Yes, it is. All right. Thank you very much. Thank you. Thank you both. We will take the case.